IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELL JAMAL BROWN, | No. C 20-4793 WHA (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| JASON PICKETT, | |
| Respondent. / | |

  This is a habeas petition filed by a federal prisoner proceeding pro se. On August 31, 2020, the clerk's notices were returned as undeliverable at the address plaintiff provided. More than 60 days have passed and petitioner has not notified the clerk of an address where he can receive mail. Pursuant to Local Rule 3-11(b) — requiring parties to keep the court informed of their current mailing address and stating that the failure to do so within sixty days of the return of mail as undeliverable will result in dismissal of their case without prejudice — this case is **DISMISSED** without prejudice. *See also* Fed. R. Civ. P. 41(b). The motion for appointment of counsel is **DENIED**. Leave to proceed in forma pauperis is **GRANTED**.

  The Clerk shall enter judgment and close the file.

  IT IS SO ORDERED.

Dated: November  19 , 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE